UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON PALLATTO LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID RIVERA, et al.,<br><br>    Defendants. | Case No. 14-cv-02137-JCS  (JST)<br><br>**ORDER REMANDING ACTION**<br>Re: ECF No. 1 |

This action for unlawful detainer was removed to this Court under 28 U.S.C. § 1441(c).

Section 1441 permits defendants to remove an action brought in state court of which the district courts of the United States have original jurisdiction. See 28 U.S.C. § 1441(a).  "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c).

Here, Defendants removed this action on the ground it purportedly includes a claim arising under the Constitution, laws, or treaties of the United States. See Notice of Removal at 2, ECF No. 1.  Defendants contend that the complaint they attached to the notice of removal as "Exhibit A" is "the entirety of the State Court file." Id.  The complaint shows that the only claim that Plaintiff has asserted against Defendants is one for unlawful detainer, which arises exclusively under state law. See id., Ex. A, Compl.  Because federal question jurisdiction does not exist, removal was improper under § 1441(c).  Accordingly, the action is REMANDED to the Superior Court of Contra Costa County.

**IT IS SO ORDERED.**

Dated: May 29, 2014

_____
JON S. TIGAR
United States District Judge